1  COBI BURNETT
   Deputy District Attorney
2  Nevada State Bar Number 16505
   LINDSAY L. LIDDELL
3  Deputy District Attorney
   Nevada State Bar Number 14079
4  One South Sierra Street
   Reno, NV  89501
5  cburnett@da.washoecounty.gov
   lliddell@da.washoecounty.gov
6  (775) 337-5700

7  ATTORNEYS FOR WASHOE COUNTY
   AND COUNTY DEFENDANTS
8
                  **UNITED STATES DISTRICT COURT**
9
                        **DISTRICT OF NEVADA**
10
                              * * *
11
   EWU MEDIA LLC, a Nevada limited
12 liability company, ROBERT FORNEY, an
   individual, EMMA FORNEY, an                Case No.  3:25-CV-00492-ART-CSD
13 individual,

14         Plaintiffs,                        **STIPULATION AND  ORDER TO
                                              EXTEND MOTION TO DISMISS
15         vs.                                BRIEFING SCHEDULE**

16 PERSHING COUNTY ex rel. PERSHING           **(First Request) (ECF No. 1)**
   COUNTY SHERIFF'S OFFICE;
17 WASHOE COUNTY ex rel. WASHOE
   COUNTY SHERIFF'S OFFICE; UNITED
18 STATES OF AMERICA ex rel.
   DEPARTMENT OF THE INTERIOR
19 BUREAU OF LAND MANAGEMENT;
   BILL GROFFY, in his official capacity;
20 ERIC A. KRILEY, in his official capacity;
   JON RABY, in his official capacity;
21 BURNING MAN PROJECT, a Nevada
   non-profit corporation; BLACK ROCK
22 CITY LLC, a Nevada limited-liability
   corporation; JACKSON CREWS, an
23 individual; KATHRIN ROGERS, an
   individual,
24
           Defendants.                /
25

26 //

Pursuant to LR IA 6-1, Plaintiffs and Defendants Washoe County, Washoe County Sheriff's Office and Jackson Crews (the "Washoe County Defendants") hereby stipulate to extend the briefing schedule for the Washoe County Defendants to file a Motion to Dismiss Plaintiffs' Complaint (ECF No. 1). Due to the Thanksgiving holiday week schedule and office availability, the Washoe County Defendants' counsel has sought an extension of the briefing schedule. As such, the Washoe County Defendants shall have additional time to file their Motion to Dismiss, originally due on November 25, 2025. Likewise, due to preexisting deadlines the week of December 8, 2025, and scheduled travel and the firm holiday party, counsel for Plaintiffs seek additional time on the response (and ask that it be set for December 19, 2025, instead of December 12, 2025).

This is the first stipulation to extend this deadline and the response. The stipulated briefing schedule is as follows:

1. The Washoe County Defendants' Motion to Dismiss shall be filed no later than Friday, December 5, 2025.
2. The Response to the Motion to Dismiss shall be filed no later than Friday, December 19, 2025.

IT IS SO STIPULATED.

Dated: November 25, 2025                             Dated: November 25, 2025

COBI BURNETT                                         McLETCHIE LAW GROUP, PLLC
Deputy District Attorney

 */s/ Cobi Burnett*                                   */s/ Margaret A. McLetchie*
Cobi Burnett                                         Margaret A. McLetchie
Deputy District Attorney                             Leo S. Wolpert
Lindsay Liddell                                      McLetchie Law Group PLLC
Deputy District Attorney
Attorneys for the                                    Attorneys for Plaintiffs
Washoe County Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: November 25, 2025