UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EWU MEDIA, LLC, et al.,

    Plaintiffs

v.

PERSHING COUNTY ex rel. PERSHING COUNTY SHERIFF'S OFFICE, et al.,

    Defendants

Case No.: 3:25-cv-00492-ART-CSD

**Order**

Re: ECF No. 10

Plaintiffs have filed a motion for a 60-day extension of time to complete service of the summons and complaint in this matter. (ECF No. 10.)

With good cause appearing, the motion (ECF No. 10) is **GRANTED**. Plaintiffs have until **February 6, 2026**, to complete service.

**IT IS SO ORDERED**.

Dated: December 9, 2025

                                                Craig S. Denney
                                                United States Magistrate Judge