1
2
3
4
5
6
7      **UNITED STATES DISTRICT COURT**
8      **DISTRICT OF NEVADA**

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company, ROBERT FORNEY, an individual, EMMA FORNEY, an individual<br><br>Plaintiff,<br>vs.<br><br>PERSHING COUNTY ex rel. PERSHING COUNTY SHERIFF'S OFFICE; WASHOE COUNTY ex REL WASHOE COUNTY SHERIFF'S OFFICE; UNITED STATES OF AMERICA ex rel. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT; BILL GROFFY, in his official capacity; ERIC A. KRILEY, in his official capacity; JON RABY, in his official capacity; BURNING MAN PROJECT, a Nevada non-profit corporation; BLACK ROCK CITY LLC, a Nevada limited-liability corporation; JACKSON CREWS, an individual; KATHRIN ROGERS, an individual;<br><br>Defendants. | Case. No.: 3:25-cv-00492-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND DEADLINES RE MOTION TO DISMISS (ECF NO. 9)<br><br>(SECOND REQUEST) |

Plaintiffs EWU MEDIA LLC, ROBERT FORNEY, and EMMA FORNEY ("Plaintiffs"), and Defendants WASHOE COUNTY ex REL WASHOE COUNTY SHERIFF'S OFFICE and JACKSON CREWS ("Washoe Defendants"), by and through their respective counsel, (collectively the "Parties") hereby stipulate to the following:

    1.    The Parties agree that, due to scheduling conflicts limiting Plaintiffs'

1

counsel's ability to timely and adequately respond to Washoe Defendants' December 5, 2025, Motion to Dismiss (ECF No. 9), the deadline to file an Opposition to Defendants' Motion to Dismiss shall be extended twenty-one (21) days, from **December 19, 2025**, to **January 9, 2026**.

2.   The Parties also agree that the Washoe Defendants' deadline to submit a Reply in Support of the Motion to Dismiss shall be **January 28, 2026**.

3.   This is the second request for an extension of briefing deadlines related to the Washoe Defendants' Motion to Dismiss.

4.   The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 18th day of December, 2025.

MCLETCHIE LAW

By: /s/ Leo S. Wolpert
   Margaret A. McLetchie, Esq.
   Nevada Bar No. 10931
   Leo S. Wolpert, Esq.
   Nevada Bar No. 12658
   602 South 10th Street
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*

Dated this 18th day of December, 2025.

WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE

By: /s/ Cobi Burnett
   COBI BURNETT
   Deputy District Attorney
   Nevada State Bar Number 16505
   LINDSAY L. LIDDELL
   Deputy District Attorney
   Nevada State Bar Number 14079
   One South Sierra Street
   Reno, NV 89501
   *Attorneys for Washoe Defendants*

**ORDER**

_____
Anne R. Traum
United States District Judge

DATED: December 19, 2025

2