1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9
10
11

EWU MEDIA LLC, a Nevada limited liability company, ROBERT FORNEY, an individual, EMMA FORNEY, an individual

Case. No.: 3:25-cv-00492-ART-CSD

12

Plaintiff,

13

vs.

14
15
16
17
18
19
20
21
22

PERSHING COUNTY ex rel. PERSHING COUNTY SHERIFF'S OFFICE; WASHOE COUNTY ex REL WASHOE COUNTY SHERIFF'S OFFICE; UNITED STATES OF AMERICA ex rel. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT; BILL GROFFY, in his official capacity; ERIC A. KRILEY, in his official capacity; JON RABY, in his official capacity; BURNING MAN PROJECT, a Nevada non-profit corporation; BLACK ROCK CITY LLC, a Nevada limited-liability corporation; JACKSON CREWS, an individual; KATHRIN ROGERS, an individual;

23

Defendants.

**ORDER GRANTING**

**STIPULATION TO EXTEND DEADLINES RE MOTION TO DISMISS (ECF NO. 9)**

**(THIRD REQUEST)**

24
25
26
27

Plaintiffs EWU MEDIA LLC, ROBERT FORNEY, and EMMA FORNEY ("Plaintiffs"), and Defendants WASHOE COUNTY ex REL WASHOE COUNTY SHERIFF'S OFFICE and JACKSON CREWS ("Washoe Defendants"), by and through their respective counsel, (collectively the "Parties") hereby stipulate to the following:

28

      1.      The Court has twice permitted the Parties to extend briefing schedule

regarding the Washoe Defendants' Motion to Dismiss. (*See* ECF No. 8; ECF No. 15.)

2.    Since the Court previously ordered extensions of the instant deadline, Plaintiffs' counsel has suffered scheduling conflicts, personal illnesses, and family issues that have limited their ability to timely and adequately respond to Washoe Defendants' December 5, 2025, Motion to Dismiss (ECF No. 9). In addition to an unexpectedly heavy workload, during the week of January 5, 2026, Ms. McLetchie suffered an unexpected illness. Additionally, Mr. Wolpert has been required to assist his mother to prepare for back surgery, which requires him to travel out of the jurisdiction.

3.    The Parties agree that, due to aforementioned scheduling conflicts and personal issues, the deadline to file an Opposition to Defendants' Motion to Dismiss shall be extended fourteen (14) days, from **January 9, 2026**, to **January 23, 2026**.

4.    The Parties also agree that the Washoe Defendants' deadline to submit a Reply in Support of the Motion to Dismiss shall be **March 8, 2026**.

5.    This is the third request for an extension of briefing deadlines related to the Washoe Defendants' Motion to Dismiss.

6.    The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated this 8th day of January, 2026.        Dated this 8th day of January, 2026.

MCLETCHIE LAW                                WASHOE COUNTY DISTRICT
                                             ATTORNEY'S OFFICE

By: */s/ Margaret A. McLetchie*              By: */s/ Cobi Burnett*
   Margaret A. McLetchie, Esq.                   COBI BURNETT
   Nevada Bar No. 10931                          Deputy District Attorney
   Leo S. Wolpert, Esq.                          Nevada State Bar Number 16505
   Nevada Bar No. 12658                          LINDSAY L. LIDDELL
   602 South 10th Street                         Deputy District Attorney
   Las Vegas, Nevada 89101                       Nevada State Bar Number 14079
   *Attorneys for Plaintiffs*                    One South Sierra Street
                                                 Reno, NV 89501
                                                 *Attorneys for Washoe Defendants*


## ORDER

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: January 12, 2026