# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company, ROBERT FORNEY, an individual, EMMA FORNEY, an individual <br><br> Plaintiff, <br> vs. <br><br> PERSHING COUNTY ex rel. PERSHING COUNTY SHERIFF'S OFFICE; WASHOE COUNTY ex REL WASHOE COUNTY SHERIFF'S OFFICE; UNITED STATES OF AMERICA ex rel. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT; BILL GROFFY, in his official capacity; ERIC A. KRILEY, in his official capacity; JON RABY, in his official capacity; BURNING MAN PROJECT, a Nevada non-profit corporation; BLACK ROCK CITY LLC, a Nevada limited-liability corporation; JACKSON CREWS, an individual; KATHRIN ROGERS, an individual; <br><br> Defendants. | Case. No.: 3:25-cv-00492-ART-CSD <br><br> **ORDER GRANTING** <br><br> **STIPULATION TO EXTEND DEADLINES RE MOTION TO DISMISS (ECF NO. 9)** <br><br> **(FOURTH REQUEST)** |

Plaintiffs EWU MEDIA LLC, ROBERT FORNEY, and EMMA FORNEY ("Plaintiffs"), and Defendants WASHOE COUNTY ex REL WASHOE COUNTY SHERIFF'S OFFICE and JACKSON CREWS ("Washoe Defendants"), by and through their respective counsel, (collectively the "Parties") hereby stipulate to the following:

1. The Court has thrice permitted the Parties to extend briefing schedule

1

regarding the Washoe Defendants' Motion to Dismiss. (*See* ECF No. 8; ECF No. 15; ECF No. 19.)

2.     Since the Court previously ordered extensions of the instant deadline, Plaintiffs' counsel has continued to suffer scheduling conflicts, personal illnesses, and family issues that have limited their ability to timely and adequately respond to Washoe Defendants' December 5, 2025, Motion to Dismiss (ECF No. 9). In addition to Mr. Wolpert being required to assist his mother to prepare for and recover from back surgery, which required him to travel out of the jurisdiction, McLetchie Law has, during the week of January 19, been required to divert its resources to filing an emergency petition with the Nevada Supreme Court. Finally, the Parties intend to discuss the nature of any amendment as to the Washoe County Defendants and the potential consent to amendment under Rule 15.

3.     The Parties agree that, due to aforementioned scheduling conflicts and personal issues, the deadline to file an Opposition to Defendants' Motion to Dismiss shall be extended fourteen (14) days, from January 23, 2026, to **February 6, 2026**.

4.     The Parties also agree that the Washoe Defendants' deadline to submit a Reply in Support of the Motion to Dismiss shall be extended fourteen (14) days from March 8, 2026, to **March 22, 2026**.

5.     This is the fourth request for an extension of briefing deadlines related to the Washoe Defendants' Motion to Dismiss.

6.     The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated this 23rd day of January, 2026.    Dated this 23rd day of January, 2026.

MCLETCHIE LAW    WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE

By: */s/ Leo S. Wolpert*    By: */s/ Cobi Burnett*
  Margaret A. McLetchie, Esq.      COBI BURNETT
  Nevada Bar No. 10931      Deputy District Attorney
  Leo S. Wolpert, Esq.      Nevada State Bar Number 16505
  Nevada Bar No. 12658      LINDSAY L. LIDDELL
  602 South 10th Street      Deputy District Attorney
  Las Vegas, Nevada 89101      Nevada State Bar Number 14079
  *Attorneys for Plaintiffs*      One South Sierra Street
    Reno, NV 89501
    *Attorneys for Washoe Defendants*

**ORDER**

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: January 26, 2026

3