# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company, ROBERT FORNEY, an individual, EMMA FORNEY, an individual<br><br>Plaintiff,<br>vs.<br><br>PERSHING COUNTY ex rel. PERSHING COUNTY SHERIFF'S OFFICE; WASHOE COUNTY ex REL WASHOE COUNTY SHERIFF'S OFFICE; UNITED STATES OF AMERICA ex rel. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT; BILL GROFFY, in his official capacity; ERIC A. KRILEY, in his official capacity; JON RABY, in his official capacity; BURNING MAN PROJECT, a Nevada non-profit corporation; BLACK ROCK CITY LLC, a Nevada limited-liability corporation; JACKSON CREWS, an individual; KATHRIN ROGERS, an individual;<br><br>Defendants. | Case. No.: 3:25-cv-00492-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINES RE MOTION TO DISMISS (ECF NO. 9)**<br><br><u>**(FIFTH REQUEST)**</u> |

Plaintiffs EWU MEDIA LLC, ROBERT FORNEY, and EMMA FORNEY ("Plaintiffs"), and Defendants WASHOE COUNTY ex REL WASHOE COUNTY SHERIFF'S OFFICE and JACKSON CREWS ("Washoe Defendants"), by and through their respective counsel, (collectively the "Parties") hereby stipulate to the following:

1.    The Court has permitted the Parties to extend briefing schedule regarding

1

the Washoe Defendants' Motion to Dismiss four times. (*See* ECF No. 8; ECF No. 15; ECF No. 19; ECF No. 26.)

2.    Since the Court previously ordered extensions of the instant deadline, Plaintiffs' counsel has diligently worked to timely draft an opposition to the Washoe Defendants' December 5, 2025, Motion to Dismiss (ECF No. 9), and are nearing completion of an opposition that adequately addresses the issues raised therein. However, on February 6, 2026, Ms. McLetchie suffered a case of food poisoning which has impeded her ability to do legal work, including finishing drafting and editing the response.

3.    The Parties agree that, due to the aforementioned medical issues, the deadline to file an opposition to Defendants' Motion to Dismiss shall be extended three (3) days, from February 6, 2026, to **February 9, 2026**.

4.    The Parties also agree that the Washoe Defendants' deadline to submit a Reply in Support of the Motion to Dismiss shall be extended three (3) days from March 22, 2026, to **March 25, 2026**.

5.    This is the fifth request for an extension of briefing deadlines related to the Washoe Defendants' Motion to Dismiss.

6.    The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

IT IS SO STIPULATED.

Dated this 6th day of February, 2026.

MCLETCHIE LAW

By: */s/ Leo S. Wolpert*
  Margaret A. McLetchie, Esq.
  Nevada Bar No. 10931
  Leo S. Wolpert, Esq.
  Nevada Bar No. 12658
  602 South 10th Street
  Las Vegas, Nevada 89101
  *Attorneys for Plaintiffs*

Dated this 6th day of February, 2026.

WASHOE    COUNTY    DISTRICT
ATTORNEY'S OFFICE

By: */s/ Cobi Burnett*
  COBI BURNETT
  Deputy District Attorney
  Nevada State Bar Number 16505
  LINDSAY L. LIDDELL
  Deputy District Attorney
  Nevada State Bar Number 14079
  One South Sierra Street
  Reno, NV 89501
  *Attorneys for Washoe Defendants*

**ORDER**

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: February 6, 2026

3