TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

EWU MEDIA LLC, a Nevada limited liability company; ROBERT FORNEY, an individual; EMMA FORNEY, an individual,

Plaintiffs,

v.

PERSHING COUNTY *ex rel.* PERSHING COUNTY SHERIFF'S OFFICE; WASHOE COUNTY *ex rel.* WASHOE COUNTY SHERIFF'S OFFICE; UNITED STATES OF AMERICA *ex rel.* DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT; BILL GROFFY, in his official capacity; ERIC A. KRILEY, in his official capacity; JON RABY, in his official capacity; BURNING MAN PROJECT, a Nevada non-profit corporation; BLACK ROCK CITY LLC, a Nevada limited-liability corporation; JACKSON CREWS, an individual; KATHRIN ROGERS, an individual,

Defendants.

Case No.: 3:25-cv-00492-ART-CSD

**STIPULATION TO EXTEND TIME TO FILE ANSWER AND JURY TRIAL DEMAND OR TO FILE MOTION TO DISMISS**

**(FIRST REQUEST)**

PLEASE TAKE NOTICE that in accordance with LR IA 6-1 the United States of America, for itself and on behalf of the Department of the Interior Bureau of Land Management, Bill Groffy, Eric A. Kriley, and Jon Raby (collectively, the "Federal Defendants"), and counsel for EWU Media LLC, Robert Forney, and Emma Forney

(collectively, the "Plaintiffs"),[1] by and through their respective undersigned counsel, do hereby stipulate to the following:

1. As a consequence of funding lapses and changes to personnel, the Federal Defendants' counsel first filed a notice of appearance in this matter on February 5, 2026 (ECF No. 30).

2. The Federal Defendants were served with the Complaint[2] on December 8, 2025, whereby, pursuant to Fed. R. Civ. P. 12(a)(2) and Fed. R. Civ. P. 12(b), the Federal Defendants' answer or alternatively, their responsive motion to dismiss is required to be filed by February 6, 2026.

3. In light of the foregoing, the Parties hereby do agree and stipulate that the Federal Defendants shall have until February 20, 2026, to file a responsive motion or answer to the Complaint.

4. The Parties further do agree and stipulate that the Federal Defendants shall have fourteen (14) days from February 20, 2026, to file and serve any Jury Trial Demand under Fed. R. Civ. P. 38.

5. This is the first request sought by the Federal Defendants for an extension of the deadlines by which the Federal Defendants must file their answer to the Complaint and jury trial demand or responsive motion to the Complaint.

6. This first request is sought by the Federal Defendants prior to the expiration of the prescribed time periods for filing an answer and jury trial demand or motion to dismiss.

7. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

---

[1] Collectively, the Plaintiffs and the Federal Defendants are referred to herein as the Parties.

[2] The Complaint refers to the Complaint commencing this litigation filed by the Plaintiffs in this Court on September 9, 2025 (ECF No. 1).

Respectfully submitted this 6th day of February 2026.

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Marilyn E. Gartley*
MARILYN E. GARTLEY
Assistant United States Attorney
marilyn.gartley@usdoj.gov
*Attorneys for Federal Defendants*

MCLETCHIE LAW

*/s/ Leo S. Wolpert*
MARGARET A. MCLETCHIE, Esq.
Nevada Bar No. 10931
LEO S. WOLPERT, Esq.
Nevada Bar No. 12658
602 South 10th Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

______________________________________
**UNITED STATES MAGISTRATE COURT JUDGE**

**DATED:** ____________________

**Certificate of Service**

I hereby certify that on February 6, 2026, I electronically filed and served the foregoing Stipulation to Extend Time to File Answer and Jury Trial Demand or to File Motion to Dismiss with the Clerk of the Court for the United States District Court for the District of Nevada using the court's electronic filing and service system.

*/s/ Marilyn E. Gartley*
MARILYN E. GARTLEY
Assistant United States Attorney
*Attorneys for Federal Defendants*