TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

EWU MEDIA LLC, a Nevada limited liability company; ROBERT FORNEY, an individual; EMMA FORNEY, an individual,

Plaintiffs,

v.

PERSHING COUNTY *ex rel.* PERSHING COUNTY SHERIFF'S OFFICE; WASHOE COUNTY *ex rel.* WASHOE COUNTY SHERIFF'S OFFICE; UNITED STATES OF AMERICA *ex rel.* DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT; BILL GROFFY, in his official capacity; ERIC A. KRILEY, in his official capacity; JON RABY, in his official capacity; BURNING MAN PROJECT, a Nevada non-profit corporation; BLACK ROCK CITY LLC, a Nevada limited-liability corporation; JACKSON CREWS, an individual; KATHRIN ROGERS, an individual,

Defendants.

Case No.: 3:25-cv-00492-ART-CSD

**STIPULATION TO EXTEND TIME TO FILE ANSWER AND JURY TRIAL DEMAND OR TO FILE MOTION TO DISMISS**

**(THIRD REQUEST)**

PLEASE TAKE NOTICE that in accordance with LR IA 6-1 the United States of America, for itself and on behalf of the Department of the Interior Bureau of Land Management, Bill Groffy, Eric A. Kriley, and Jon Raby (collectively, the "Federal Defendants"), and counsel for EWU Media LLC, Robert Forney, and Emma Forney

(collectively, the "Plaintiffs"),[1] by and through their respective undersigned counsel, do hereby stipulate to the following:

1. The Federal Defendants were served with the Complaint[2] on December 8, 2025, whereby, pursuant to Fed. R. Civ. P. 12(a)(2) and Fed. R. Civ. P. 12(b), the Federal Defendants' answer or alternatively, their responsive motion to dismiss was required to be filed by February 6, 2026.

2. As a consequence of funding lapses and changes to personnel, the Federal Defendants' counsel first filed a notice of appearance in this matter on February 5, 2026. ECF No. 30.

3. On February 6, 2026, the Court granted the Stipulation to Extend Deadlines Re Motion to Dismiss (ECF NO. 9), entered into by counsel for Defendants Washoe County *ex rel* Washoe County Sheriff's Office and Jackson Crews ("Washoe Defendants") and counsel for the Plaintiffs, which enlarged the Washoe Defendants' deadline to submit a Reply in Support of the Motion to Dismiss to March 25, 2026. ECF No. 32.

4. On February 9, 2026, the Court approved the Parties' Stipulation to Extend Time to File Answer and Jury Trial Demand or Motion to Dismiss, which had extended the Federal Defendants' answer or responsive motion deadline to February 20, 2026. *See* ECF Nos. 34 & 35.

5. In just her third week with the office and being newly assigned to the case, the Federal Defendants' counsel sought an additional week beyond the originally extended time of February 20, 2026, to respond or answer the Complaint, and Plaintiffs cooperatively provided the Federal Defendants' counsel until February 27, 2026, to answer or otherwise respond to the Complaint. *See* ECF No. 36.

6. On February 23, 2026, the Court approved the Parties' Second Stipulation to Extend Time to File Answer and Jury Trial Demand or Motion to Dismiss, which had extended the

---

[1] Collectively, the Plaintiffs and the Federal Defendants are referred to herein as the "Parties."

[2] The Complaint refers to the Complaint commencing this litigation filed by the Plaintiffs in this Court on September 9, 2025 (ECF No. 1).

Federal Defendants' answer or responsive motion deadline to February 27, 2026. *See* ECF No. 37.

7. Agency counsel for the Federal Defendants is experiencing a staffing shortfall, whereby additional time to answer or otherwise file a responsive motion is required.

8. In light of the foregoing, the Parties hereby do agree and stipulate to a second enlargement of time, whereby the Federal Defendants shall now have until March 25, 2026, to file a responsive motion or answer to the Complaint.

9. The Parties further do agree and stipulate that the Federal Defendants shall have fourteen (14) days therefrom to file and serve any Jury Trial Demand under Fed. R. Civ. P. 38.

10. This is the third request sought by the Federal Defendants for an extension of the deadlines by which the Federal Defendants must file their answer to the Complaint and jury trial demand or responsive motion to the Complaint.

11. This third request is sought by the Federal Defendants prior to the expiration of the prescribed time periods for filing an answer and jury trial demand or motion to dismiss.

12. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

Respectfully submitted this 27th day of February 2026.

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Marilyn E. Gartley*
MARILYN E. GARTLEY
Assistant United States Attorney
marilyn.gartley@usdoj.gov
*Attorneys for Federal Defendants*

MCLETCHIE LAW

*/s/ Leo S. Wolpert*
LEO S. WOLPERT, Esq
Nevada Bar No. 12658
MARGARET A. MCLETCHIE, Esq.
Nevada Bar No. 10931
602 South 10th Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

________________________________________
**UNITED STATES MAGISTRATE COURT JUDGE**

**DATED:** ____________________

**Certificate of Service**

I hereby certify that on February 27, 2026, I electronically filed and served the foregoing Stipulation to Extend Time to File Answer and Jury Trial Demand or to File Motion to Dismiss with the Clerk of the Court for the United States District Court for the District of Nevada using the court's electronic filing and service system.

/s/ *Marilyn E. Gartley*
MARILYN E. GARTLEY
Assistant United States Attorney
*Attorneys for Federal Defendants*