COBI BURNETT
Deputy District Attorney
Nevada State Bar Number 16505
LINDSAY L. LIDDELL
Deputy District Attorney
Nevada State Bar Number 14079
One South Sierra Street
Reno, NV  89501
cburnett@da.washoecounty.gov
lliddell@da.washoecounty.gov
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY
AND COUNTY DEFENDANTS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

EWU MEDIA LLC, a Nevada limited
liability company, ROBERT FORNEY, an
individual, EMMA FORNEY, an
individual,

        Plaintiffs,

        vs.

PERSHING COUNTY ex rel. PERSHING
COUNTY SHERIFF'S OFFICE;
WASHOE COUNTY ex rel. WASHOE
COUNTY SHERIFF'S OFFICE; UNITED
STATES OF AMERICA ex rel.
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT;
BILL GROFFY, in his official capacity;
ERIC A. KRILEY, in his official capacity;
JON RABY, in his official capacity;
BURNING MAN PROJECT, a Nevada
non-profit corporation; BLACK ROCK
CITY LLC, a Nevada limited-liability
corporation; JACKSON CREWS, an
individual; KATHRIN ROGERS, an
individual,

        Defendants.       /

Case No.  3:25-CV-00492-ART-CSD

**STIPULATION AND ORDER TO
EXTEND DEADLINES RE:
MOTION TO DISMISS (ECF No. 9)**

**(Sixth Request)**

      Pursuant to LR IA 6-1, Plaintiffs and Defendants Washoe County, Washoe County

Sheriff's Office and Jackson Crews (the "Washoe County Defendants") hereby stipulate to

-1-

extend the briefing schedule for the Washoe County Defendants to file a Reply in support of its Motion to Dismiss (ECF No. 9) Plaintiffs' Complaint (ECF No. 1). Due to conflicting schedules and deadlines, the Washoe County Defendants' counsel has sought an extension of the briefing schedule. As such, the Washoe County Defendants shall have additional time to file their Reply to its Motion to Dismiss (ECF No. 9), originally due on March 25, 2026.

This is the sixth stipulation to extend the Motion to Dismiss deadlines and the first to extend this Reply deadline. The stipulated briefing schedule is as follows:

1. The Washoe County Defendants' Reply in support of its Motion to Dismiss shall be filed no later than Friday, April 3, 2026.

IT IS SO STIPULATED.

Dated: March 25, 2026                    Dated: March 25, 2026


COBI BURNETT                             McLETCHIE LAW GROUP, PLLC
Deputy District Attorney


 /s/ Cobi Burnett                          /s/ Leo S. Wolpert
Cobi Burnett                             Margaret A. McLetchie
Deputy District Attorney                 Leo S. Wolpert
Lindsay Liddell                          McLetchie Law Group PLLC
Deputy District Attorney

Attorneys for the                        Attorneys for Plaintiffs
Washoe County Defendants


                                         IT IS SO ORDERED

                                         _____
                                         United States Magistrate Judge


                                         DATED: ___March 26, 2026_____