MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EWU MEDIA LLC, a Nevada limited liability company, ROBERT FORNEY, an individual, EMMA FORNEY, an individual<br><br>Plaintiff,<br>vs.<br><br>PERSHING COUNTY ex rel. PERSHING COUNTY SHERIFF'S OFFICE; WASHOE COUNTY ex rel. WASHOE COUNTY SHERIFF'S OFFICE; UNITED STATES OF AMERICA ex rel. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT; BILL GROFFY, in his official capacity; ERIC A. KRILEY, in his official capacity; JON RABY, in his official capacity; BURNING MAN PROJECT, a Nevada non-profit corporation; BLACK ROCK CITY LLC, a Nevada limited-liability corporation; JACKSON CREWS, an individual; KATHRIN ROGERS, an individual;<br><br>Defendants. | Case. No.: 3:25-cv-00492-ART-CSD<br><br>**<u>JOINT MOTION TO EXTEND DISCOVERY DEADLINES (ECF NO. 22)</u>**<br><br>**<u>(FIRST REQUEST)</u>** |

Plaintiffs EWU MEDIA LLC, ROBERT FORNEY, and EMMA FORNEY ("Plaintiffs"), Defendants WASHOE COUNTY ex rel. WASHOE COUNTY SHERIFF'S OFFICE and JACKSON CREWS ("Washoe Defendants"), PERSHING COUNTY ex rel PERSHING COUNTY SHERIFF'S OFFICE and KATHRIN ROGERS ("Pershing Defendants"), and UNITED STATES OF AMERICA ex rel. DEPARTMENT OF THE

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

INTERIOR BUREAU OF LAND MANAGEMENT, BILL GROFFY, ERIC A. KRILEY, and JON RABY (the "Federal Defendants") by and through their respective counsel, (collectively the "Parties"), hereby jointly move the Court to extend and modify the discovery plan and schedule of this matter as follows.[1]

## I. SUMMARY

On September 9, 2025, Plaintiffs filed the Complaint in the instant matter (ECF No. 1), alleging causes of action stemming from a September 28, 2024, incident in which Plaintiffs were issued a warning citation for Unlawful Trespass for filming Burning Man's post-event cleanup activities in the Black Rock Desert, which is federal land administered by the Bureau of Land Management (BLM).

After service was effectuated, the Washoe Defendants moved for dismissal on December 5, 2025. (ECF No. 9.) That motion has been fully briefed and is pending adjudication. The Burning Man Defendants noticed their appearance on December 17, 2025 (ECF No. 13), but have not submitted an answer to the Complaint. The Pershing Defendants answered the Complaint on January 27, 2026. (ECF No. 27.) The Federal Defendants answered the Complaint on March 25, 2026. (ECF No. 41.)

The Parties now request that the Discovery Plan and Scheduling Order (ECF No. 21) deadlines be extended ninety (90) days as provided for herein so that the Parties may complete discovery.

## II. <u>STATUS OF DISCOVERY</u>

### A. PLAINTIFF'S DISCOVERY

1. Plaintiffs' Initial Disclosures, dated March 3, 2026.
2. Plaintiffs' First Set of Interrogatories to Pershing Defendants, served May 5, 2026.
3. Plaintiffs' First Set of Interrogatories to Federal Defendants, served May 5, 2026.

[1] Defendants BURNING MAN PROJECT and BLACK ROCK CITY LLC (the "Burning Man Defendants") have not yet answered or otherwise responded to the Complaint, and are not parties to the instant joint motion.

4. Plaintiffs' First Set of Requests for Production to Pershing Defendants, served May 5, 2026.

5. Plaintiffs' First Set of Requests for Production to Pershing Defendants, served May 5, 2026.

6. Plaintiffs' First Set of Requests for Production to Washoe Defendants, served May 5, 2026.

7. Plaintiffs' First Set of Requests for Production to Washoe Defendants, served May 5, 2026.

**B. DEFENDANTS' DISCOVERY**

1. Washoe Defendants' Initial Disclosures, dated March 3, 2026.

2. Pershing Defendants' Initial Disclosures, dated March 3, 2026.

3. Federal Defendants' Initial Disclosures, dated March 3, 2026.

4. Pershing Defendants' Responses to Plaintiffs' First Set of Requests for Production, served June 4, 2026.

5. Pershing Defendants' Responses to Plaintiffs' First Set of Interrogatories, served June 4, 2026.

6. Washoe Defendants' First Supplement to Initial Disclosures, served June 12, 2026.

7. Washoe Defendants' Responses to Plaintiffs' First Set of Requests for Production, served June 12, 2026.

8. Washoe Defendants' Responses to Plaintiffs' First Set of Interrogatories, served June 12, 2026.

9. Washoe Defendants' First Set of Requests for Production to Plaintiffs, served June 18, 2026.

10. Washoe Defendants' First Set of Requests for Admission to Plaintiffs, served June 18, 2026.

11. Washoe Defendants' First Set of Interrogatories to Plaintiffs, served June 18, 2026.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

12. Washoe Defendants' First Set of Interrogatories to Plaintiff Robert Forney, served June 19, 2026.

13. Washoe Defendants' First Set of Interrogatories to Plaintiff Emma Forney, served June 19, 2026.

14. Pershing Defendants' First Set of Interrogatories to Plaintiff EWU Media, LLC, served July 8, 2026.

15. Pershing Defendants' First Set of Requests for Production to Plaintiff EWU Media, LLC, served July 8, 2026.

16. Pershing Defendants' First Set of Requests for Admission to Plaintiff EWU Media, LLC, served July 8, 2026.

## III. **DISCOVERY THAT REMAINS TO BE COMPLETED.**

The parties still need to engage in written discovery requests, written discovery responses and depositions.

## IV. **SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.**

Pursuant to Local Rule 26-3, the Parties submit that good cause exists for the extension requested. This is the first request for an extension of discovery deadlines in this matter. The Parties acknowledge that, pursuant to Local Rule 26-3, a motion to extend a deadline set forth in a discovery plan must be submitted to the Court no later than 21 days before the expiration of the subject deadline, that a request made within 21 days must be supported by a showing of good cause.

There is good cause for the requested extension of the discovery cutoff date and related deadlines. The Parties together request the instant extension in good faith and to further the resolution of this case on the merits, and not for any purpose of delay. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.*, No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed,

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

Here, good cause exists for the following reasons in addition to the outstanding discovery requests: (1) The Washoe Defendants' Motion to Dismiss (ECF No. 9) is still pending before this Court, and resolution of this Motion may affect discovery via dismissal of the Washoe Defendants' and/or amendment of the Complaint; (2) Plaintiffs and the Burning Man Defendants continue to meet and confer regarding which of Burning Man Project or Black Rock City LLC is the proper defendant in this matter, and thus the Burning Man Defendants have not responded to the Complaint.

## V. PROPOSED SCHEDULE FOR REMAINING DEADLINES.

For the reasons set forth above, the Parties request that the Discovery Plan and Scheduling Order deadlines be set for the following dates so that they may complete discovery, work together to resolve discovery disputes if necessary, brief dispositive motions and efficiently litigate the case based on the merits.

The table below sets forth the Parties' proposed dates.

| Deadline | Current Deadline (ECF No. 107 + ECF No. 118 (stay)) | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | April 24, 2026 | **Passed**[2] |
| Initial Expert Disclosures | May 25, 2026 | **Passed** |
| Rebuttal Expert Disclosures | June 24, 2026 | **Passed** |
| Discovery Cut-Off | July 23, 2026 | **October 21, 2026** |
| Dispositive Motions | August 24, 2026 | **November 23, 2026**[3] |
| Joint Pretrial Order | September 23, 2026 | **December 22, 2026** |

[2] Plaintiffs reserve the right to move for leave to amend the complaint pending the Court's decision on the Washoe Defendants' Motion to Dismiss. (ECF No. 9.)
[3] 90 days from August 24, 2026, is November 22, 2026, a Sunday.

| | |
|---|---|
| Dated this 22nd day of July, 2026.<br><br>MCLETCHIE LAW<br><br>By: _/s/ Leo S. Wolpert_<br>Margaret A. McLetchie, Esq.<br>Nevada Bar No. 10931<br>Leo S. Wolpert, Esq.<br>Nevada Bar No. 12658<br>602 South 10th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | Dated this 22nd day of July, 2026.<br><br>WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE<br><br>By: _/s/ Cobi Burnett_<br>COBI BURNETT<br>Deputy District Attorney<br>Nevada State Bar Number 16505<br>LINDSAY L. LIDDELL<br>Deputy District Attorney<br>Nevada State Bar Number 14079<br>One South Sierra Street<br>Reno, NV 89501<br>*Attorneys for Washoe Defendants* |
| Dated this 22nd day of July, 2026.<br><br>THORNDAL ARMSTRONG, PC<br><br>By: _/s/ Katherine F. Parks_<br>Katherine F. Parks, Esq.<br>Nevada Bar No. 6227<br>Thorndal Armstrong, PC<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>(775) 786-2882<br>kfp@thorndal.com<br>*Attorneys for Pershing Defendants* | Dated this 22nd day of July, 2026.<br><br>UNITED STATES ATTORNEY'S OFFICE<br><br>By: _/s/ Marilyn E. Gartley_<br>MARILYN E. GARTLEY<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89101<br>Telephone: 702-388-5084<br>Email: marilyn.gartley@usdoj.gov<br>*Attorneys for Federal Defendants* |

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM