**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EWU MEDIA LLC, et al.,

Plaintiffs

v.

PERSHING COUNTY, et al.,

Defendants

Case No.: 3:25-cv-00492-ART-CSD

**Order**

Re: ECF Nos. 64, 65

Plaintiffs have filed a motion for an extension of the discovery deadline. (ECF No. 64.) No opposition having been filed to the motion, and good cause appearing, Plaintiffs' motion (ECF No. 64) is **GRANTED**. The discovery plan and scheduling order deadlines are therefore extended as follows:

| | |
|---|---|
| Discovery Deadline | **December 7, 2026** |
| Dispositive Motions Deadline | **January 7, 2027** |
| Joint Pretrial Order | **February 5, 2027** (or 30 days after the entry of the court's ruling on a dispositive motion) |

The defendants have not opposed Plaintiffs' reservation of the right to move for leave to amend the complaint following the court's ruling on the pending motion to dismiss. Plaintiff will therefore be free to file a motion for leave to amend the complaint, if necessitated by the District Judge's order on the motion to dismiss.

Because the dispositive motions deadline is extended by way of this order, the relief sought by the Burning Man defendants' motion to extend the dispositive motions deadline (ECF No. 65) is **GRANTED IN PART**. To the extent the motion seeks an extension beyond the date

set forth above, it is **DENIED WITHOUT PREJUDICE**. The parties may stipulate to or file motions for further extensions of the dispositive motions deadline as appropriate.

**IT IS SO ORDERED**.

Dated: November 23, 2026

Craig S. Denney
United States Magistrate Judge